March 8, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES ANTHONY ALLEN, Appellant

NO. 14-11-00102-CV                    V.

GEORGE STEPHENSON, KIRT STIEFER, AUSTIN ETHEREDGE, CASEY PARROTT, ANTHONY MYLES, COREA MOSLEY, JOSEPH WEAVER, JANE DOE, CHERYL LARSON, AND LISA MANTLE, Appellees

————————————

This cause, an appeal from the judgment in favor of appellees, GEORGE STEPHENSON, KIRT STIEFER, AUSTIN ETHEREDGE, CASEY PARROTT, ANTHONY MYLES, COREA MOSLEY, JOSEPH WEAVER, JANE DOE, CHERYL LARSON, AND LISA MANTLE, signed November 24, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We this decision certified below for observance.